AO 440 (Rev. 12/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Arizona

| | |
|---|---|
| Jerry Bianco,<br><br>*Plaintiff*<br><br>v.<br>Elite Funding, Inc.,<br><br>*Defendant* | )<br>)<br>)<br>)  Civil Action No.   CV-21-201-PHX-MHB<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Elite Funding Inc.
316 Lynn Court
Uniondale, New York 11553

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Amy L. Bennecoff Ginsburg, Esquire
KIMMEL & SILVERMAN, P.C.
30 East Butler Pike
Ambler, PA 19002
(215)540-8888

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____
*Signature of Clerk*

**ISSUED ON  10:50 am, Feb 08, 2021**

**s/ Debra D. Lucas, Clerk**

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*
_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

# AFFIDAVIT OF SERVICE

| Case:<br>CV-21-201-PHX-MHB | Court:<br>UNITED STATES DISTRICT COURT for the District of Arizona | County: | Job:<br>5336543 |
|---|---|---|---|
| **Plaintiff / Petitioner:**<br>Jerry Bianco | | **Defendant / Respondent:**<br>Elite Funding, Inc. | |
| **Received by:**<br>DocuServe, Inc. | | **For:**<br>Kimmel & Silverman, P.C. | |
| **To be served upon:**<br>Elite Funding, Inc. | | | |

I, Amir Levy, being duly sworn, depose and say that on April 15, 2021 at 5:43 pm, I:

Served a CORPORATION / ENTITY by delivering a true copy of the Summons in a Civil Action, Complaint and Demand for Jury Trial and Civil Cover Sheet to JOHN DOE as Agent for Elite Funding, Inc., at the address of: 22 Joyce Avenue, Massapequa, NY 11758, and informed said person of the contents therein.

Said documents were conformed with index number and date of filing endorsed thereon.

I certify that I am not a party to this action, I am over the age of eighteen years and I reside in the state of New York.

**Recipient Name / Address:** JOHN DOE: 22 Joyce Avenue, Massapequa, NY 11758
**Manner of Service:** Corporation, Apr 15, 2021, 5:43 pm EDT
**Documents:** Summons in a Civil Action, Complaint and Demand for Jury Trial and Civil Cover Sheet

**Additional Comments:**
1) Successful Attempt: Apr 15, 2021, 5:43 pm EDT at ELITE FUNDING GROUP, INC. c/o MICHAEL EDLOW, Registered Agent: 22 Joyce Avenue, Massapequa, NY 11758 received by JOHN DOE. Age: 55; Ethnicity: African American; Gender: Male; Weight: 250; Height: 6'4"; Hair: Gray; Relationship: Agent; Other: Beard, Glasses;

Amir Levy

DocuServe, Inc.
PO Box 278
Uniondale, NY 11553
516-523-0700

*Subscribed and sworn to before me by the affiant who is personally known to me.*

Notary Public

Date

ALEXANDER COHEN
Notary Public - State of New York
No. 01CO6309199
Qualified in Nassau County
My Commission Expires Aug. 04, 2022