# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jerry Bianco,<br><br>    Plaintiff,<br><br>v.<br><br>Elite Funding Incorporated,<br><br>    Defendant. | NO. CV-21-00201-PHX-MTL<br><br>**CLERK'S ENTRY OF DEFAULT** |

    Pursuant to Rule 55(a) of the Federal Rules of Civil Procedure and upon application by the Plaintiff, default is hereby entered against Defendant Elite Funding Incorporated.

DEFAULT ENTERED this 5th day of August, 2021.

                                                        Debra D. Lucas
                                                        District Court Executive/Clerk of Court

August 5, 2021

                                                         s/ K. Hughes
                                        By   Deputy Clerk