Jacob U. Ginsburg, Esq.
Kimmel & Silverman, PC
30 E. Butler Pike
Ambler, PA 19002
Telephone: (215) 540-8888
Facsimile: (877) 788-2864
teamkimmel@creditlaw.com

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| **JERRY BIANCO**, <br><br> Plaintiff, <br><br> v. <br><br> **ELITE FUNDING, INC.**, <br><br> Defendant. | Case No. Case 2:21-cv-00201-MTL |

## CONSENT MOTION TO WITHDRAWAL AS COUNSEL

Plaintiff, Jerry Bianco, by and through his undersigned counsel, Jacob U. Ginsburg, respectfully moves the Court for an Order granting its request to withdraw as attorney on behalf of Amy L. B. Ginsburg, in the above-captioned action.

Amy L. B. Ginsburg is in the transition of leaving her employed firm, Kimmel & Silverman, P.C. Jacob U. Ginsburg of Kimmel & Silverman, P.C. entered his appearance in this matter on August 27, 2021 and will continue to represent Plaintiff as counsel-in-charge. Mr. Ginsburg has been working with Mrs. Ginsburg on this matter since inception and is familiar with all aspects of the case.

Consequently, withdrawal of Amy L. Bennecoff Ginsburg will not prejudice any party or cause any delay. The undersigned counsel was unable to confer with Defendant's counsel prior to the filing of this motion as they have yet to enter an appearance.

DATED: September 16, 2021                    */s/* Jacob U. Ginsburg
                                             Jacob U. Ginsburg, Esq.
                                             Kimmel & Silverman, PC
                                             30 E. Butler Pike
                                             Ambler, PA 19002
                                             Telephone: (215) 540-8888
                                             Facsimile: (877) 788-2864
                                            teamkimmel@creditlaw.com

## CERTIFICATE OF SERVICE

I, Jacob U. Ginsburg, Esquire, do certify on September 16, 2021, served a true and correct copy of Plaintiff's Motion to Withdrawal in the above-captioned matter, upon Defendant via first-class mail.

    Elite Funding Incorporated
    22 Joyce Avenue
    Massapequa, NY 11758-3726

DATED: September 16, 2021

    */s/* Jacob U. Ginsburg
    Jacob U. Ginsburg, Esq.
    Kimmel & Silverman, PC
    30 E. Butler Pike
    Ambler, PA 19002
    Telephone: (215) 540-8888
    Facsimile: (877) 788-2864
    teamkimmel@creditlaw.com